FILED 17 SEP '24 15:26 USDC-ORP

**SEALED**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr-352-AN |
| v. | INDICTMENT |
| PAUL KURT MITCHELL, | 18 U.S.C. § 922(g)(1) |
| Defendant. | Forfeiture Allegation |
| | **UNDER SEAL** |

THE GRAND JURY CHARGES:

**COUNT 1**
(Felon in Possession of a Firearm)
(18 U.S.C. § 922(g)(1))

On or about May 12, 2024, in the District of Oregon, defendant **PAUL KURT MITCHELL**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Attempted Murder, in violation of Oregon State Statute 163.115, in Multnomah County Circuit Court, State of Oregon, on or about February 23, 2010;

(2) Robbery in the Second Degree, in violation of Oregon State Statute 164.405, in Multnomah County Circuit Court, State of Oregon, on or about November 13, 2002;

did knowingly and unlawfully possess the following firearms:

(1) A Romanian Arms/WASR-10/63 rifle, serial number 1968BH4273;

**Indictment** Page 1

which firearm(s) had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms involved in that offense, including without limitation:

(1) A Romanian Arms/WASR-10/63 rifle, serial number 1968BH4273

Dated: September 17, 2022          A TRUE BILL.

                                                          ███████████████
                                                           OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

_/s/ Nicole M. Bockelman_

NICOLE M. BOCKELMAN, OSB #105934
Assistant United States Attorney

**Indictment**                                                                                                                                 **Page 2**